OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623

$ 000.27⁵

AUG. 06. 2015

**7/27/2015
ELIAS, BENJAMIN**     Tr. Ct. No. 970D11232-243-01     WR-83,446-0

Pursuant to Rule 79.2 (d), applicant's Motion for Reconsideration/Rehearing has been dismissed.

Abel Acosta, Clerk



BENJAMIN ELIAS
~~TDC # 819778~~

I A